No. 261. Granville-Smith- *v.* Granville-Smith. Certiorari, *ante,* p. 810, to the United States Court of Appeals for the Third Circuit. Leave to submit this case without oral argument is denied. The case is restored to the docket for argument and *Erwin N. Griswold, Esq.,* is invited to appear and present oral argument, as *amicus*

886

*curiae,* in support of the judgment below. *Abe Fortas, George H. T. Dudley* and *Milton V. Freeman* for petitioner. *Warren H. Young* for respondent.